IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TAUREAN JAMAL JOHNSON,<br><br>Plaintiff,<br><br>vs.<br><br>LEXISNEXIS RISK SOLUTIONS, INC.,<br><br>Defendant. | CASE NO.: 4:23-cv-04715 |

**JOINT NOTICE OF SETTLEMENT WITH DEFENDANT
LEXISNEXIS RISK SOLUTIONS, INC.**

Plaintiff Taurean Jamal Johnson ("Plaintiff") hereby notifies the Court that Plaintiff and Defendant LexisNexis Risk Solutions Inc. ("LexisNexis") have reached a settlement in principle and are in the process of consummating the terms of the settlement agreement. Plaintiff anticipates filing a Stipulation of Dismissal as to Defendant LexisNexis within sixty (60) days of the date of this Notice.

Respectfully submitted,

Dated: September 19, 2024

By: */s/ Hans W. Lodge*
Hans W. Lodge, SD TX Bar No. 3727874
**BERGER MONTAGUE PC**
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
Telephone: (612) 607-7794

1

Fax: (612) 584-4470
Email: hlodge@bm.net

Tod A. Lewis, TX Bar No. 24091999
**TOD LEWIS LAW, PLLC**
13267 Darwin Lane
Austin, TX 78729-7495
Telephone: (512) 739-0390
Fax: (737) 205-1291
Email: tod@texasfaircredit.com

*COUNSEL FOR PLAINTIFF*

Dated: September 19, 2024

By: */s/ Xerxes Martin, IV*
Eugene Xerxes Martin, IV
Texas Bar No. 24078928
**MARTIN GOLDEN LYONS WATTS MORGAN PLLC**
8750 N. Central Expressway, Suite 1850
Dallas, TX 75231
Telephone: (214) 346-2628
Email: xmartin@mgl.law

*COUNSEL FOR DEFENDANT*

## CERTIFICATE OF SERVICE

    I, Hans W. Lodge, hereby certify that on September 19, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Dated this 19th day of September, 2024

                                    */s/ Hans W. Lodge*
                                    Hans W. Lodge