United States District Court
Southern District of Texas
**ENTERED**
November 20, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TAUREAN JAMAL JOHNSON | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H-23-4715 |
| | § | |
| LEXISNEXIS RISK SOLUTIONS, INC. | § | |

## ORDER OF DISMISSAL

In accordance with the Stipulation to Dismiss Defendant Lexisnexis Risk Solutions, Inc. Filed on November 8, 2024 (Doc. No. 18), this case is **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party will bear their own costs and fees..

SIGNED this 19th day of November 2024.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE